**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LAGOS, INC., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 2:26-cv-00447 |
| | : | |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| | : | |
| COASTAL CAVIAR, LLC | : | |
| | : | |
| Defendant. | : | |
| | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The Parties to this lawsuit have reached a confidential settlement and wish to dismiss this lawsuit in accordance with the terms of that agreement. Therefore, Plaintiff voluntarily dismisses all claims in the Complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). The parties jointly request that the Court enter this stipulation and retain jurisdiction to enforce the terms of the settlement agreement for a period of six months from the date of this stipulation.

Dated: April 20, 2026

BY: */s/ Tyler R. Marandola*

Tyler R. Marandola (Pa. No. 313585)
Christinane S. Campbell (Pa. No. 200640)
Lauren C. Matturri (Pa. No. 329785)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
Phone (215) 979-1000
Fax (215) 979-1020

*Attorneys for Plaintiff Lagos, Inc.*

BY: */s/ Laura A. Genovese*

Laura A. Genovese, PA Bar No. 57477
Leigha R. Santoro, PA Bar No. 328461
K & G Law LLC
602 S. Bethlehem Pike, Bldg. B
Ambler, PA 19002
(267) 468-7961

*Attorneys for Defendant Coastal Caviar, LLC*

**So Ordered**

_____
**Cynthia M. Rufe**
**United States District Judge**